[Strafford, June, 1889.]

LOCKE, *Adm'r, v.* FIRST NATIONAL BANK OF GONIC.

ALLEN, J.   The agreed facts are a deposit and promise to pay to the plaintiff's intestate, March 11, 1872; and no new promise was ever made to him in his lifetime, nor to his administrator since his death, which occurred more than six years after his promise.   The statute of limitations being pleaded on the facts stated, the maintenance of the action is barred.

*Judgment for the defendants.*

CARPENTER, J., did not sit: the others concurred.

*J. A. Edgerly*, for the plaintiff.

*Worcester & Gafney*, for the defendants.